JUDGE LYNCH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

     - v. -

JULIO MEJIA,

          Defendant.

- - - - - - - - - - - - - - - - x

**INDICTMENT**

07 CRIM 803

07 C____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
AUG 2 4 2007

## COUNT ONE

The Grand Jury charges:

1.    On or about May 24, 2007, in the Southern District of New York, JULIO MEJIA, the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, 100 grams and more of mixtures and substances containing a detectable amount of heroin.

(Title 21, United States Code, Sections 812, 841(a)(1) and
841(b)(1)(B) and Title 18, United States Code, Section 2)

## FORFEITURE ALLEGATION AS TO COUNT ONE

2.    As a result of committing the controlled substance offense alleged in Count One of this Indictment, JULIO MEJIA, the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from

any proceeds said defendant obtained directly or indirectly as a result of said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment.

Substitute Assets Provision

3.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)   cannot be located upon the exercise of due diligence;

(b)   has been transferred or sold to, or deposited with, a third party;

(c)   has been placed beyond the jurisdiction of the court;

(d)   has been substantially diminished in value; or

(e)   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21,

United States Code, Section 853(p), to seek forfeiture of any

other property of the defendant up to the value of the above

forfeitable property.

     (Title 21, United States Code, Sections 841 and 853.)


_____     _____
FOREPERSON                             MICHAEL J. GARCIA
                                  United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**JULIO MEJIA,**

**Defendant.**

**INDICTMENT**

07 Cr.  (GEL)

(Title 21, United States Code, Sections
812, 841(a)(1) and 841(b)(1)(B))

MICHAEL J. GARCIA
United States Attorney.

*Katherine N. Brooks*
Foreperson.

8/24/07 Filed Indictment. Case Judge Buchwald.
+ Mag. Judge Katz