UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

JULIO MEJIA,

        Defendant.

- - - - - - - - - - - - - - - - - x

**JUDGE LYNCH**

**NOTICE OF INTENT TO FILE AN INFORMATION**

**07 CRIM 803**

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           July 5, 2007

                                MICHAEL J. GARCIA
                                United States Attorney

                By:    _____
                          William J. Harrington
                          Assistant United States Attorney

                          AGREED AND CONSENTED TO:

                By:    _____
                          Julia Gatto, Esq.
                          Attorney for Julio Mejia

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/07

7/25/07 wheel-A