```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
UNITED STATES OF AMERICA,                                  :
                                                           :     07 Cr. 803 (GEL)
            -v-                                            :
                                                           :          **ORDER**
JULIO MEJIA,                                               :
                                                           :
                        Defendant.                         :
-----------------------------------------------------------x

GERARD E. LYNCH, District Judge:

   The Court recently received in chambers a letter from defendant informing the Court "of [his] intention of appealing to The Escape Valve Law," and stating that he is "looking forward to hearing from [the Court] soon." (Letter of Julio Cesar Mejia, to the Court, dated Jan. 29, 2008.) The letter was dated January 29, 2008, postmarked January 30, 2008, and received on February 1, 2008. Defendant was sentenced on January 25, 2008, with the judgment signed on January 28, 2008, and entered on January 30, 2008.

   Although it is not clear from the letter exactly what defendant seeks, what is clear is the letter was written without the assistance of counsel, made implicit reference to his recent sentence, and used the term "appeal." Therefore, out of an abundance of caution, the Court will treat the letter as a notice of appeal from his sentence in this matter. Accordingly, the Clerk is respectfully requested to process defendant's letter and treat it as a notice of appeal.

SO ORDERED.

Dated: New York, New York
       February 4, 2008

                                                _____
                                                GERARD E. LYNCH
                                                United States District Judge