

**DUPLICATE ORIGINAL**

Julio Cesar Mejia 07CR803

January 29, 2008

Honorable Gerard E. Lynch
US District Southern of New York
500 Pearl Street
New York, N. Y., 10007

Honorable and Respectable Judge Lynch:

I am writing to you to inform you of my intention of appealing to The Escape Valve Law. This Law as you understand will act on my favor to reduce my jail time.

Thanks in advance and I am looking forward to hearing from you soon.


Sincerely,



Julio Cesar Mejia #60036-054

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -v-

JULIO MEJIA,

                    Defendant.
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08
```

07 Cr. 803 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    The Court recently received in chambers a letter from defendant informing the Court "of [his] intention of appealing to The Escape Valve Law," and stating that he is "looking forward to hearing from [the Court] soon." (Letter of Julio Cesar Mejia, to the Court, dated Jan. 29, 2008.) The letter was dated January 29, 2008, postmarked January 30, 2008, and received on February 1, 2008. Defendant was sentenced on January 25, 2008, with the judgment signed on January 28, 2008, and entered on January 30, 2008.

    Although it is not clear from the letter exactly what defendant seeks, what is clear is the letter was written without the assistance of counsel, made implicit reference to his recent sentence, and used the term "appeal." Therefore, out of an abundance of caution, the Court will treat the letter as a notice of appeal from his sentence in this matter. Accordingly, the Clerk is respectfully requested to process defendant's letter and treat it as a notice of appeal.

SO ORDERED.

Dated: New York, New York
       February 4, 2008

                                            _____
                                            GERARD E. LYNCH
                                          United States District Judge