**MANDATE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 22 2008

S.D.N.Y. - N.Y.C.
07-cr-0803
Lynch, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 18th day of July, two thousand eight,

Present:

    Hon. José A. Cabranes,
    Hon. Barrington D. Parker,
    Hon. Reena Raggi,
        *Circuit Judges.*

---

United States of America,

        *Appellee,*

v.                                 08-0656-cr

Julio Mejia,

        *Defendant-Appellant.*

---

Maurice H. Sercarz, counsel for Appellant, moves for permission to withdraw as counsel pursuant to *Anders v. California*, 386 U.S. 738 (1967), and the Government moves for summary affirmance. Upon due consideration, it is hereby ORDERED that the motions are GRANTED.

                FOR THE COURT:
                Catherine O'Hagan Wolfe, Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by Yvonne Taylor
DEPUTY CLERK

ISSUED AS MANDATE: 08/14/08

[Stamp: UNITED STATES COURT OF APPEALS FILED JUL 18 2008 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT]